# SEALED

**Office of the United States Attorney**
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-5087

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:10-cr-580-GMN-PAL |
|---|---|
| Plaintiff, | |
| v. | SEALED MOTION TO UNSEAL THE CASE |
| WILLIAM "BART" MONROE, | |
| Defendant. | |

The United States of America, by and through the undersigned attorneys, respectfully move to unseal the case.

Respectfully submitted December 6, 2010.

DANIEL BOGDEN
United States Attorney

_____
MICHAEL CHU
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM "BART" MONROE,<br><br>　　　　Defendant. | 2:10-cr-580-GMN-PAL<br><br>**SEALED ORDER** |

Based on the pending Sealed Motion to Unseal the case,

IT IS THEREFORE ORDERED that the case be unsealed

DATED this 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2